UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Donald Butler,                                                    Civil No. 11-1866 (RHK/JSM)

        Plaintiff,                              **DISQUALIFICATION AND**
                                            **ORDER FOR REASSIGNMENT**

vs.

Brambles' IFCO Systems, N.A., Inc.,
North America (IFCP Systems, Pallets
Division), et al.,

        Defendant.

      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 19, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  November 8, 2011

                                                s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge